```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
OVERBECK CORPORATION                        ORDER OF SUSTENANCE

     -against-                              CV-03-0844 (DRH)

OVERBECK GmbH, ET. AL.
--------------------------------X
```

     IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )    LODGING
( X )  SUSTENANCE ORDERED FROM CULINART
( )    TRANSPORTATION

     TO THE CLERK AND (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 17, 2005

DATED: CENTRAL ISLIP, NEW YORK
      NOVEMBER 17, 2005                  /S/
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE

_____    **DURING TRIAL**

_X_    **DELIBERATING**

_____    **SEQUESTERED**

_____    **OTHER**

                                               A TRUE COPY ATTEST
                                             DATED: NOVEMBER 17, 2005
                                             ROBERT C. HEINEMANN, CLERK
                                             BY: PATRICIA BEST,

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
OVERBECK CORPORATION                          ORDER OF SUSTENANCE

     -against-                                CV-03-0844 (DRH)

OVERBECK GmbH, ET. AL.
--------------------------------X
```

IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )    LODGING
( X )  SUSTENANCE ORDERED FROM CULINART
( )    TRANSPORTATION

TO THE CLERK AND (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 17, 2005

DATED: CENTRAL ISLIP, NEW YORK
       NOVEMBER 17, 2005                      /S/
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE


_____   **DURING TRIAL**

  X     **DELIBERATING**

_____   **SEQUESTERED**

_____   **OTHER**

                                      A TRUE COPY ATTEST
                                      DATED: NOVEMBER 17, 2005
                                      ROBERT C. HEINEMANN, CLERK
                                      BY: PATRICIA BEST,

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
OVERBECK CORPORATION                        ORDER OF SUSTENANCE

     -against-                              CV-03-0844 (DRH)

OVERBECK GmbH, ET. AL.
--------------------------------X
```

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

        TO THE CLERK AND (8) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON NOVEMBER 17, 2005

DATED: CENTRAL ISLIP, NEW YORK
       NOVEMBER 17, 2005                    /S/
                                            DENIS R. HURLEY
                                            U.S. DISTRICT JUDGE


_____   **DURING TRIAL**

  X     **DELIBERATING**

_____   **SEQUESTERED**

_____   **OTHER**

                                            A TRUE COPY ATTEST
                                            DATED: NOVEMBER 17, 2005
                                            ROBERT C. HEINEMANN, CLERK
                                            BY: PATRICIA BEST,

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
OVERBECK CORPORATION                    ORDER OF SUSTENANCE

     -against-                           CV-03-0844 (DRH)

OVERBECK GmbH, ET. AL.
--------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

        TO THE CLERK AND (8) JURORS EMPANELED IN THE ABOVE
ENTITLED CASE ON NOVEMBER 17, 2005


DATED:  CENTRAL ISLIP, NEW YORK
        NOVEMBER 17, 2005                      /S/
                                        DENIS R. HURLEY
                                        U.S. DISTRICT JUDGE


        DURING TRIAL

  X     DELIBERATING

        SEQUESTERED

        OTHER
                                        A TRUE COPY ATTEST
                                        DATED: NOVEMBER 17, 2005
                                        ROBERT C. HEINEMANN, CLERK
                                        BY: PATRICIA BEST,
```