UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OVERBECK CORP.   ORDER DISMISSING CASE
  CV-03-0844 DRH / ETB

   -against-

OVERBECK GmbH, ET. AL.
----------------------------------------------------------------X

   The Court having been notified by Magistrate Judge Boyle that a sealed settlement agreement
has been placed on the record,

   It is hereby ordered that the case is dismissed without prejudice . The Court will retain jurisdiction and  either party may  reopen the case upon written application to the Court  for non-compliance with the settlement agreement.

                                       /S/
                             DENIS R. HURLEY
                         United States District Judge

Dated: Central Islip, New York
       September 13, 2007